COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-18-00425-CV

Style:     Hani Hafiz Ibrahim Qutiefan v. Lubna Aziz Safi

Date motion filed[*]:     March 21, 2019

Type of motion:     Second Motion to Extend Time to File the Brief

Party filing motion:     Pro se appellant Hani Hafiz Ibrahim Qutiefan

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No.

If motion to extend time:

    Original due date:     January 28, 2019

    Number of extensions granted:     1     Current Due Date: March 21, 2019

    Date Requested:     N/A (One year requested)

Ordered that motion is:

    ☒ Granted in part

        If document is to be filed, document due: April 22, 2019.

    ☐ Denied in part

    ☐ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☒ Other: _____

    This Court's February 21, 2019 Order granted appellant's counsel's motion to withdraw and first extension request for appellant's pro se brief until March 21, 2019, unless an extension or a notice of appearance was filed. Because the pro se appellant's second extension requests one full year to file his brief to find pro bono counsel, which is an excessive amount of time to request as extensions generally are requested in 30-day increments, it is **granted, in part, for 30 days**. *Cf.* Tex. R. App. P. 35.3(c) (noting that extension requests to file record "must not exceed 30 days in an ordinary . . . appeal."). Appellant is directed to contact the Clerk of this Court immediately to file a docketing statement within 5 days of the date of this Order to request placement in the Pro Bono Program.

Judge's signature: ___/s/ Evelyn V. Keyes_____

        x Acting individually     ☐ Acting for the Court

Date: ___March 28, 2019___